IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TIMOTHY LOUIS HERMANN and KAREN ELAINE HERMANN, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | 17-cv-60-jdp |
| v. | |
| DUNN COUNTY and DENNIS P. SMITH, | |
| Defendants. | |

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dunn County and Dennis P. Smith granting their motion for summary judgment, awarding them attorney fees in the amount of $444.50 against plaintiffs Timothy Louis Hermann and Karen Elaine Hermann and dismissing this case.

| /s/ | 10/12/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |